PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Pedro Segura                                              Cr.:04-00684-001

Name of Sentencing Judicial Officer: Faith S. Hochberg, USDJ

Date of Original Sentence: 02/02/05

Original Offense: Aggravated Assault on a Government Official

Original Sentence: 39 months imprisonment (to be served concurrent to pending NJ state sentence), 36 months supervised release, $100 special assessment, $4,746 in restitution. Special conditions include drug testing/treatment, cooperation with Bureau of Customs and Immigration Enforcement, collection of DNA, no new debt.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 04/24/06

Assistant U.S. Attorney: Michael Garcia, Esq.              Defense Attorney: Robert Eisenberg, Esq.

## PETITIONING THE COURT



[X] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'** |
| | Following a traffic stop on August 17, 2006, in Fort Lee, New Jersey, the offender was arrested and charged with hindering (a disorderly persons offense) when he identified himself as "Daniel Casabona" and provided a false date of birth. This matter remains pending. |
| 2 | The offender has violated the supervision condition which states **'You shall notify the probation officer within 72 hours of any change of residence or employment.'** |
| | During a visit to the offender's residence on October 12, 2006, Daniel Casabona (the offender's friend), stated the offender had not been residing at that address for approximately one to two months. According to Mr. Casabona, the offender relocated to his father's residence at 540 29th Street, Union City, New Jersey. On October 25, 2006, the offender's father provided similar information during a visit to his address. |

| | |
|---|---|
| 3 | The offender has violated the supervision condition which states '**As a condition of supervision, you are instructed to pay restitution in the amount of $4,746 to United States Postal Inspection Service; it shall be paid in the following manner: In monthly installments of $100.**' |

Since the offender's release from custody, he has made only one payment toward restitution; he is currently $800 in arrears.

| | |
|---|---|
| 4 | The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**' |

On August 18, 2006, the offender provided a urine specimen that was positive for cocaine. On September 6, 2006, the offender was assessed by our in-house drug and alcohol specialist who determined that a referral to a treatment facility was necessary; the offender was referred to North East Life Skills (Life Skills), Passaic, New Jersey.

According to Monthly Treatment Reports from Life Skills, the offender has not tested positive for illicit substances, but has failed to report as directed on many occasions. In fact, he has yet to report to any sessions in 2007 and is in jeopardy of being unsatisfactorily discharged.

| | |
|---|---|
| 5 | The offender has violated the supervision condition which states '**The defendant shall support his or her dependents and meet other family responsibilities.**' |

The offender has an outstanding child support obligation for two (adult) children. Information obtained from the New Jersey Child Support Hotline revealed the offender is delinquent on his child support payments. According to their records, the offender's last payment of $390 was received on June 13, 2006. He is supposed to remit $150 per month toward the amount in arrears, $61,851.14.

I declare under penalty of perjury that the foregoing is true and correct.

By: Denise Morales
U.S. Probation Officer
Date: 01/22/07

PROB 12C - Page 3
Pedro Segura

THE COURT ORDERS:

[ ] The Issuance of a Summons. Date of Hearing:
[X] The Issuance of a Warrant
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

1/30/07
_____
Date